**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** | Case No.:   15-00999 |
| | Chapter:   13 |
| Karen A. Wheet | Plan filed on 01/28/2015 |
| | Confirmation Hearing:  4/9/15 |
| | |
| Debtor(s) | Judge Janet S. Baer |

## OBJECTION TO CONFIRMATION OF PLAN FILED ON 01/28/2015

**NOW COMES** NEW YORK COMMUNITY BANK, and/or its assigns (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court for an Order denying confirmation of Debtor's plan filed on 01/28/2015 and in support thereof states as follows:

1.      Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 1/13/15 and this Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois;

2.      Movant filed a claim secured by an interest in the real property commonly known as 609 Cutter Lane, Elk Grove Village, IL and that the Chapter 13 plan herein proposes that Debtor cure the pre-petition arrearage claim through the Chapter 13 Trustee while maintaining current, post-petition mortgage payments;

3.      That although Movant has filed a proof of claim indicating a pre-petition arrearage in the amount of $70,559.65, the proposed plan provides for payment of only $64,417.42 in contradiction of Movant's rights under 11 U.S.C. §1322(b)(2) and/or §1322(b)(5);

4.      That sufficient grounds exist for denial of confirmation as Debtor's plan:

   a.      Fails to cure Movant's pre-petition arrearage claim amount in full;

5.      Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding, including:

$500.00        for Objection to confirmation of the Chapter 13 plan including plan review and attending confirmation, if not separately billed

**WHEREFORE,** NEW YORK COMMUNITY BANK prays this Court deny confirmation of the plan and for such other and further relief as this Court may deem just and proper.

Dated this 3/6/2015
.

Respectfully Submitted,
Codilis & Associates, P.C.


By:   /s/ Maria A. Georgopoulos

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-14-02439)**

NOTE: This law firm is deemed to be a debt collector.